UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
D.S.R. ET AL.,

                **Plaintiffs,**

     -against-

**NEW YORK CITY DEPARTMENT OF EDUCATION,**

                **Defendant.**
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: March 3, 2022

**21-cv-07591 (ALC)**

<u>**ORDER TO RESPOND**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant's letter requesting a pre-motion conference, dated February 22, 2022. ECF No. 9. Plaintiffs have yet to respond. Accordingly, Plaintiffs are ordered to respond no later than March 7, 2022.

**SO ORDERED.**

**Dated:   March 3, 2022**
           **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**