```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
-------------------------------------------------- x      ELECTRONICALLY FILED
 D. S. R. ET AL.,                                :        DOC#: _____
                                                 :        DATE FILED: May 12, 2022
                              Plaintiffs,        :
                                                 :
             -against-                           :        21-cv-7591 (ALC)
                                                 :
                                                 :        ORDER
                                                 :
 NEW YORK CITY DEPARTMENT OF                     :
 EDUCATION,                                      :
                                                 :
                              Defendant.
-------------------------------------------------- x
```

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiffs' motion for summary judgment is denied without prejudice with leave to renew at a later date after the resolution of Defendant's motion to dismiss. Going forward, Plaintiff is reminded to consult the Court's individual practice rules, which require parties to request a pre-motion conference prior to filing a motion for summary judgment.

The Clerk of Court is respectfully directed to terminate ECF Nos. 23 and 32.

**SO ORDERED.**

**Dated:** **May 12, 2022**
 **New York, New York**

_____
 **ANDREW L. CARTER, JR.**
 **United States District Judge**